IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOME INSTEAD, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:09-cv-76 |
| FRANCISCO O. MENDOZA, an individual, VIANNEY A. MENDOZA, an individual, VANESSA DE VERA, an individual, and LEVANT SERVICES, INC., a California corporation, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter came before the Court on the motion of Plaintiff Home Instead, Inc. for a stay of all pre-trial activity through May 11, 2009. The Court, having been fully apprised as to the circumstances of the Motion, hereby finds that it should be granted.

IT IS ORDERED, that the Motion (Doc. 11) is granted. All activity in the above-captioned case is stayed through May 11, 2009.

DATED March 13, 2009.

                                                  BY THE COURT:

                                                  s/ F.A. Gossett
                                                  United States Magistrate Judge